**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Abiodun S. BASHORUN, a/k/a Saheed Bashorun, a/k/a Bobby Bash, a/k/a Bobby Saheed, a/k/a Baba Gori, Defendant–Appellant.**

No. 01–7411.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 19, 2001.

Abiodun S. Bashorun, pro se. Barbara Slaymaker Sale, Assistant United States Attorney, Baltimore, MD, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Abiodun S. Bashorun appeals the district court's order denying his motion filed pursuant to Fed.R.Civ.P. 60(b) and 65(b). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Bashorun*, No. CR–96–177–CCB (D. Md. filed Aug. 2, 2001; entered Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*